# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BRIAN RODGERS**                                                                 **PLAINTIFF**

**v.**                        **No. 4:23-cv-245-DPM**

**BROCKMAN, Sgt., Faulkner
County Detention Center;
HUFFMAN, Captain, Faulkner
County Detention Center; SCOTT,
Lt., Faulkner County Detention
Center; TIM RYALS; and DOES,
Captain, "John" and "Jane,"
Faulkner County Detention Center**                                       **DEFENDANTS**

# ORDER

**1.** The Court withdraws the reference.

**2.** Rodgers hasn't paid the $402 administrative and filing fee or filed an application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 2.* His mail is being returned. *Doc. 3-5.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

- 2 -

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 May 2023